[No. 4927–2–III.   Division Three.   April 5, 1983.]

*In the Matter of the Marriage of* LINDA MAYE STEVENS, *Respondent, and* WILLIAM C. STEVENS, *Appellant.*

Appeal from a judgment of the Superior Court for Walla Walla County, No. 69679, James B. Mitchell, J., entered December 17, 1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, A.C.J., and McInturff, J.


[No. 4658–3–III.   Division Three.   April 5, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. NOE RAMIREZ, *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 81–2–00669–7, Carl L. Loy, J., entered July 6, 1981. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Munson, J.


[No. 5807–3–II.   Division Two.   April 7, 1983.]

GOLDEN GRAIN MACARONI COMPANY, *Respondent,* v. COMMISSION COMPANY, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 856135, Horton Smith, J., entered May 19, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.